UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Lee Shuman**      **Docket No. 2:04-CR-25-1BO**

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Lee Shuman, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. § 922(g)(1) & 924(e)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 13, 2005, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Mark Lee Shuman was released from custody on September 6, 2017, in the District of South Carolina, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently supervised by United States Probation Officer Monica Hampton in the District of South Carolina. She reported recent violations by the defendant for incurring numerous new lines of credit with GFB/Kay Jewelers, Chrysler Capital, Credit One Bank, and World Finance Company, without prior approval. The defendant also moved from his approved residence from February to April 2018 and resided in a local motel and failed to notify the probation officer. Lastly, the defendant has been associating with a female friend, Selenia Stuckey with whom he met while they both resided at the Residential Re-Entry Center prior to his release to supervision. Ms. Stuckey is a convicted felon and is currently incarcerated in the South Carolina Department of Corrections. Based on the above noted violations, the probation officer is recommending supervision be continued but modified to require the defendant to participate in a cognitive behavioral program and be placed on location monitoring for a period of 3 months. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall satisfactorily participate in and complete a Cognitive Behavioral Treatment Program as approved by the U.S. Probation Office; 2) The defendant shall be placed in a location monitoring program with home detention and radio frequency for a term of 3 months. The defendant shall submit to curfew restrictions as approved by the U.S. Probation Officer, until such time as the location monitoring can be connected; 3) The defendant shall contribute to the costs of any treatment, and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Officer's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance of Medicaid

Except as herein modified, the judgment shall remain in full force and effect.

Mark Lee Shuman
Docket No. 2:04-CR-25-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: June 5, 2018 |

## ORDER OF THE COURT

Considered and ordered this ___6___ day of ___June___, 2018, and ordered filed and made a part of the records in the above case.

/s/ Terrence W. Boyle
Terrence W. Boyle
U.S. District Judge